UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXANA LAFLEUR,

              Plaintiff,

    v.

AMAZON.COM INC,

              Defendants.

Case No. C26-0226-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Proof of service on Defendants Guangdong Midea Consumer Electric Manufacturing Co Ltd and Midea America Corp has not been filed, and counsel has not appeared on behalf of either Defendant. Plaintiff shall file proof of service on those Defendants, or show cause as to why this action should not be dismissed as to those Defendants, by **June 16, 2026**. *See* Fed. R. Civ. P. 4(m); 28 U.S.C. § 1448.

Dated this 9th day of June, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1