UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXANA LAFLEUR,

                    Plaintiff,

        v.

AMAZON.COM INC ET AL.,

                    Defendants.

Case No. C26-0226-SKV

ORDER DISMISSING UNSERVED DEFENDANTS WITHOUT PREJUDICE

        This action was removed on January 21, 2026.  *See* Dkt. 1.  On June 9, 2026, the Court directed Plaintiff to file proof of service on Defendants Guangdong Midea Consumer Electric Manufacturing Co Ltd and Midea America Corp or show cause as to why this action should not be dismissed as to those Defendants.  *See* Dkt. 20.  On June 15, 2026, Plaintiff filed a Response confirming it has been unable to serve either Defendant and stating that dismissal of those Defendants is appropriate.  *See* Dkt. 21 at 2.  The Court therefore DISMISSES this action without prejudice as to unserved Defendants Guangdong Midea Consumer Electric

///

///

///

ORDER DISMISSING UNSERVED
DEFENDANTS WITHOUT PREJUDICE - 1

Manufacturing Co Ltd and Midea America Corp so this action can proceed.  *See* Fed. R. Civ. P. 4(m); 28 U.S.C. § 1448.

Dated this 16th day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DISMISSING UNSERVED
DEFENDANTS WITHOUT PREJUDICE - 2